ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: lowensteinlaw@prodigy.net
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FELDMAN | CASE NO. CV 07-7358 PJW |
| Plaintiff, | ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | _____ |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA, and good cause appearing therefor

IT IS HEREBY ORDERED that counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $4800.00 and court costs of $350.00.

Dated: 6/24/09

_____
PATRICK J. WALSH
U.S. Magistrate Judge